IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHANNON K. LISBY, # 138070 | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-961-WKW |
| | ) |
| KENNETH JONES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

On September 18, 2014, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 3.) Upon an independent review of the file in this case, it is ORDERED that the Recommendation is ADOPTED and that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama under the provisions of 28 U.S.C. § 2241(d).

The Clerk of the Court is DIRECTED to take the appropriate steps to effectuate the transfer.

DONE this 9th day of October, 2014.

                                                /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE